IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID WAYNE HUNTINGTON, JR., #272 066, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 1:21-CV-433-WHA-KFP |
| STATE OF ALABAMA, | ) ) ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 14, 2022. Doc. 12. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 6th day of April 2022.

        /s/  W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE